# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBERA PACHECO**<br><br>     v.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.** | **CIVIL ACTION**<br><br>**NO.  12-7109** |

### ORDER

**AND NOW, TO WIT:**  This 17th day of May, 2013, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**   /s /Joanne B. Bryson

Joanne B. Bryson
Deputy Clerk

cc:   Erin Amanda Novak, Esquire (enovak@consumerlawfirm.com)
Mark D. Mailman, Esquire (mmailman@consumerlawfirm.com)
Jacob U. Ginsburg, Esquire (juginsburg@MDWCG.com)
Andrew M. Schwartz, Esquire (amschwartz@mdwcg.com)

O:\CIVIL 12\12-7109 PACHEO V. MIDLAND CREDIT\12CV7109.051713.41B.DOC